# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**MICHAEL WARREN,**

    **Plaintiff,**    Case No. 3:18-cv-1216

**v.**

**LEE COMPANY, INC.**    **JURY DEMAND**

            **Judge Richardson**
            **Magistrate Holmes**

    **Defendant.**
_____/

## STIPULATION OF DISMISSAL

    As evidenced by the electronic signatures of counsel for Defendant Lee Company, Inc. and Plaintiff Michael Warren below, the parties hereby stipulate to dismissal of this matter, *with prejudice*. Defendant agrees to the voluntary dismissal of this case on the condition that it is dismissed *with prejudice*, and Plaintiff agrees to such designation of the dismissal.

    Thus, it appearing the parties have resolved the matter and agreed to the dismissal of the matter with prejudice.

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice, and each party shall bear its own costs of litigation, including court costs.

    SO ORDERED THIS _____ DAY OF _____, 2019.

            _____
            Presiding Judge

1

5761492v.1
Case 3:18-cv-01216   Document 17   Filed 06/10/19   Page 1 of 3 PageID #: 58

Dated:  June 10,  2019                    Respectfully submitted,

|  | */s/   Mary Dohner Smith*<br>Mary Dohner Smith, TN BPR No. 021451<br>mdohner@constangy.com<br>Stephanie Chavez, TN BPR No. 035080<br>schavez@constangy.com<br>**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**<br>401 Commerce Street, Ste. 1010<br>Nashville, TN  37219<br>615.320.5200<br>615.321.5891<br><br>*Counsel for Defendant*<br><br><br>*/s/  Ann Hunter*_____<br>Heather Moore Collins (BPR 26099)<br>Anne Hunter (BPR 022407)<br>Paige M. Lyle (BPR 032959)<br>Collins & Hunter PLLC<br>7000 Executive Center Drive<br>Building Two Suite 320<br>Brentwood, TN 37027<br>(615) 724-1996<br>paige@collinshunter.com<br><br>*Attorneys for Plaintiff Michael Warren* |
|---|---|

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that the foregoing **STIPULATION OF DISMISSAL** has been served on all parties by electronic mail and/or placing a true and correct copy of the same in the United States Mail, postage pre-paid, in a properly addressed envelope on June 10, 2019 at the following address:

>Heather Moore Collins (BPR 26099)
>Anne Hunter (BPR 022407)
>Paige M. Lyle (BPR 032959)
>Collins & Hunter PLLC
>7000 Executive Center Drive
>Building Two Suite 320
>Brentwood, TN 37027
>(615) 724-1996
>paige@collinshunter.com
>
>*Attorneys for Plaintiff Michael Warren*

                                      */s/ Mary Dohner Smith*
                                      Mary Dohner Smith

3

5761492v.1
Case 3:18-cv-01216   Document 17   Filed 06/10/19   Page 3 of 3 PageID #: 60